IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JACK IVAN SHAW,<br><br>    Plaintiff,<br><br>v.<br><br>KERRY CARSON, et al.,<br><br>    Defendants. | CIVIL ACTION NO.: 4:21-cv-204 |

**O R D E R**

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. (Doc. 11.) Plaintiff did not file Objections to the Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DISMISSES** Plaintiff's 42 U.S.C. § 1983 claims against Defendant Brown. Plaintiff's false arrest and excessive force claims against Defendants Carson, Barella, Carter, Stevens, Woods, and Dotson remain pending. (Doc. 12.)

**SO ORDERED**, this 21st day of March, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA