**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

JACK IVAN SHAW,

      Plaintiff,

    v.

KERRY CARSON, et al.,

      Defendants.

CIVIL ACTION NO.: 4:21-cv-204

**O R D E R**

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. (Doc. 42.) Plaintiff did not file Objections to the Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **STAYS** and **ADMINISTRATIVELY CLOSES** this case until entry of final judgment on Plaintiff's state criminal proceedings. The Court reminds Defendants their first status report is due **on or before December 16, 2022**. (Id. at p. 3.)

**SO ORDERED**, this 10th day of November, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA