AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JACK I. SHAW,

           Plaintiff,

v.

KERRY CARSON,

           Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:21-cv-204

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's September 24, 2025 Order, Defendant's Motion for Summary Judgment is granted, and judgment is entered in favor of Defendant. This case stands closed.

9/24/2025
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020